UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GLENN ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEREMY JAMES BEARD,<br><br>    Non-Party Witness-Deponent. | CASE NO. MC 16-39-BRO (PJWx)<br><br>ORDER COMMANDING JEREMY JAMES BEARD TO APPEAR IN COURT AND SHOW CAUSE AS TO WHY HE SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COOPERATE IN HIS DEPOSITION; ORDER SETTING DEPOSITION |

**TO: JEREMY JAMES BEARD**

**PLEASE TAKE NOTICE** that upon motion for an order to show cause filed by and on behalf of William Gleen Rogers with respect to a subpoena issued by the United States District Court for the Middle District of Tennessee, and FOR GOOD CAUSE SHOWN, you are ordered to appear at the United States District Court for the Central District of California, Western Division, 312 N. Spring Street, Los Angeles, CA 90012, Courtroom 23 on May 24, 2016, at 10:00 a.m. and SHOW CAUSE, if any, as to why you should not be held in contempt of court for failing to comply with the Rule 45 subpoena requiring your deposition; to answer and respond to questions truthfully and as best you are able; and for other relief the Court deems appropriate after a hearing.

1    Following the hearing, you will remain at the courthouse and
2 complete your previously suspended deposition.  If you fail to appear
3 for the hearing, the Court will issue a bench warrant for your
4 arrest.  If you would like a lawyer to represent you for the hearing
5 on the order to show cause and cannot afford one, you should contact
6 the Courtroom Deputy Clerk, Ms. Isabel Martinez at 213-894-8958, and
7 let her know so arrangements can be made to appoint a lawyer to
8 represent you for that hearing.  Plaintiff is ordered to personally
9 serve Mr. Beard with this Order and submit an affidavit of service to
10 the Court.

**IT IS SO ORDERED.**

DATED:     April 5, 2016.

*Patrick J. Walsh*

───────────────────────────────
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-X\Order Roger v Beard OSC MDTN DEPOSITION.wpd

2